# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-3359

———————

| | | |
|---|---|---|
| Marvin Lidell Lott, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Don Roper, Supt. Mr.; Mike Layden, | * | |
| FUM. Mr.; Timothy Williford, | * | [UNPUBLISHED] |
| Officer, Charles Wigger, Officer, | * | |
| | * | |
| Appellees. | * | |

———————

Submitted: November 20, 2007
Filed: November 28, 2007

———————

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

———————

PER CURIAM.

Missouri inmate Marvin Lidell Lott appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his placement on "meal loaf" status for nine meals under a prison disciplinary policy. Having carefully reviewed the record and considered Lott's arguments, we conclude that the district court properly granted summary judgment and that there is no basis for reversal. See

———————

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

<u>Johnson v. Hamilton</u>, 452 F.3d 967, 971-72 (8th Cir. 2006) (standard of review). Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____